# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143899

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GARY THEODORE JACKSON,
      Defendant-Appellant.

SC: 143899
COA: 304312
Saginaw CC: 00-018374-FC

_____/

      On order of the Court, the application for leave to appeal the September 2, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

d1219